UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:11-CR-42 |
| v. | ) | |
| | ) | Collier/Lee |
| AUGUST ANTHONY FORD | ) | |

**O R D E R**

Defendant August Anthony Ford ("Defendant") filed two motions to suppress evidence in this case (Court File Nos. 41, 59). The first motion sought to suppress evidence from a 2009 traffic stop, including his confession to being a felon in possession of a firearm (Court File No. 41). His second motion sought suppression of evidence flowing from the placement of a Global Positioning System ("GPS") tracking device on his vehicle (Court File No. 59). These motions were referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a Report and Recommendation ("R&R") concluding Defendant's motions should be denied (Court File No. 70). Defendant timely objected (Court File No. 71). The government responded to Defendant's objections (Court File No. 73). For the reasons discussed in this Order's accompanying memorandum, the Court will **ACCEPT** and **ADOPT** the R&R (Court File No. 70). Accordingly, Defendant's motions to suppress will be **DENIED** (Court File Nos. 41, 59).

    **SO ORDERED.**

    **ENTER:**

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**