- ☐ MOTION HEARING
- ✔ PRETRIAL CONFERENCE
- ☐ OTHER

Case No. **1:11-cr-42**     USA v. **August Ford**

PRESENT: Honorable **Curtis L. Collier**     ✔ U.S. District Judge  OR ☐ U.S. Magistrate Judge

**Chris Poole**
Assistant U.S. Attorney

**Lee Ortwein**
Attorney for Defendant

_____
Probation Officer

**DeAndra Hinton**
Courtroom Deputy

**Elizabeth Coffey**
Court Reporter

_____
Interpreter(s)

PROCEEDINGS: ☐ DEFENDANT(S) SWORN     ☐ DEFENDANT PRESENT

Final Pretrial Conference Held 9/12/2013
Motion to dismiss due to speedy trial act-GRANTED  iNDICTMENT  DISMISSED W/O PREJUDICE

TESTIMONY BY: _____

TRIAL SET: _____

Deft ☐ remanded to custody of U.S. Marshal  ☐ remained in custody  ☐ remained on bond

Time: **4:15** to **4:25**

Date: **9.12.2013**

REV 11/12